UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL O'NEILL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | No. 2: 17-cv-2104 KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In this action, petitioner challenges his 2015 El Dorado County conviction in case no. P12CRF0165, for felony driving under the influence with prior convictions.

Court records indicate that petitioner has two other pending habeas corpus petitions in this court challenging the same conviction, 2:17-cv-2094 AC P and 2:17-cv-1669 KJN P. Rather than proceeding with three separate petitions challenging the same conviction, the court has determined that petitioner shall proceed with one petition challenging his 2015 El Dorado County conviction for driving under the influence, i.e., 2:17-cv-1669 KJN P.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that the instant action is dismissed without prejudice to petitioner filing an amended petition in 2:17-cv-1669 KJN P.

Dated: December 12, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

On2104.ord